Nancy K. McCombs
12 Geary Street, Suite #201
San Francisco, California 94108
Telephone:  (415) 678-2626
Email: abelmccombs@gmail.com

Attorney for Plaintiff
Ramona Hankins

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RAMONA HANKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the Social Security Administration,<br><br>　　　　Defendant | ) Civil Action No. 2:15-cv-02047-CKD<br>)<br>) STIPULATED REQUEST EXTENDING<br>) TIME TO FILE MOTION FOR SUMMARY<br>) JUDGMENT OR REMAND AND<br>) ~~PROPOSED~~ ORDER<br>)<br>)<br>)<br>) |

　　The parties request that plaintiff shall have an additional thirty days from today in which to move for summary judgment, which is April 8, 2016.  The original date to move for summary judgement was February 25, 2016, which was 45 days from the date the Defendant served the copy of the administrative record to the Plaintiff on January 11, 2016.

　　(2) Plaintiff seeks additional time because Attorney Nancy McCombs has a heavy case load and has been out of town.

////

////

-1-

-2-

| | | | |
|---|---|---|---|
| DATED: | 3/9/2016 | By: | /S/ *Nancy K. McCombs* |
| | | | NANCY K. MCCOMBS, |
| | | | Attorney for Plaintiff |

| | | | |
|---|---|---|---|
| DATED: | 3/9/2016 | By: | */s/ Jennifer Lee Tarn* |
| | | | JENNIFER LEE TARN, |
| | | | Attorney for Defendant |

IT IS SO ORDERED:

Dated:  March 14, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

-2-