BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8825
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| RAMONA HANKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-cv-02047-CKD<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

**IT IS STIPULATED** by and between Plaintiff Ramona Hankins ("Plaintiff"), and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Commissioner will conduct any necessary further proceedings and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final

STIPULATION TO REMAND;  2:15-cv-02047-CKD                          1

judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date:  April 28, 2016        LAW OFFICE OF NANCY K. McCOMBS

By:  /s/ Nancy K. McCombs*
NANCY K. McCOMBS
*as authorized by email on April 28, 2016
Attorney for Plaintiff

Date: April 28, 2016         ENJAMIN B. WAGNER
United States Attorney

By:  /s/ Jennifer Lee Tarn
JENNIFER LEE TARN
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

BASED UPON THE PARTIES' STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(G) AND TO ENTRY OF JUDGMENT ("STIPULATION TO REMAND"), AND FOR CAUSE SHOWN, IT IS ORDERED THAT THE ABOVE-CAPTIONED ACTION IS REMANDED TO THE COMMISSIONER OF SOCIAL SECURITY FOR FURTHER PROCEEDINGS CONSISTENT WITH THE TERMS OF THE STIPULATION FOR REMAND.

Dated:  May 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE