NANCY K. McCOMBS (CSBN 163629)
LAW OFFICE OF NANCY K. McCOMBS
12 Geary Street, Suite 201
San Francisco, California 94108
Telephone: (415) 678-2626
E-mail: nmccombslaw@gmail.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA HANKINS, | ) Case No. 2:15-cv-02047-CKD |
| | ) |
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ ORDER FOR |
| | ) ATTORNEY FEES PURSUANT TO THE EQUAL |
| vs. | ) ACCESS TO JUSTICE ACT |
| | ) |
| CAROLYN W. COLVIN, | ) |
| | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |

Plaintiff, Ramona Hankins, by and through her attorney, Nancy McCombs, and Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security Administration, by and through attorneys, Benjamin B. Wagner, United States Attorney for the Eastern District of California, Jennifer Lee Tarn, Special Assistant United States Attorney, and Deborah Lee Stachel, Regional Chief Counsel, for said district, jointly stipulate that the court award attorney fees and expenses under the Equal Access to Justice Act, 28, U.S.C. § 2412, to Plaintiff in the amount of $3,800 and costs in the amount of $423.01, under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues order for EAJA fees to Plaintiff, the government will consider the matter of the Plaintiff's assignment of EAJA fees to Nancy McCombs. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on

whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Nancy McCombs, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Nancy McCombs.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and Nancy McCombs, including the Law Office of Nancy K. McCombs have relating to EAJA attorney fees in connection with this action.

The parties hereby request that the court enter an order awarding the Plaintiff attorney fees and expenses in the amount of $3,800 and costs in the amount of $423.01, in settlement of any and all claims she may have in the matter pursuant to EAJA.


DATE: July 1, 2016                                         /s/ Nancy McCombs
                                                           NANCY K. McCOMBS,
                                                           Plaintiff's Attorney



DATE: July 15, 2016                                        /s/ Jennifer Lee Tarn
                                                           JENNIFER LEE TARN,
                                                           Special Assistant Unites States Attorney
                                                           BENJAMIN B. WAGNER,
                                                           United States Attorney for the Eastern
                                                           District of California
                                                           DEBORAH LEE STACHEL
                                                           Regional Chief Counsel

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Plaintiff shall be awarded attorney fees in the amount of $3,800 and costs in the amount of $423.01, which equals $4,223.01, as authorized by 28, U.S.C. § 2412, subject to the terms of the above-referenced Stipulation.

Dated:  July 21, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE